**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 13 B 39862 |
| WAYNE L. KENEIPP and, | ) | |
| MARY MARGARET KENEIPP, | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | Honorable Judge Donald R. Cassling |
| | ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 16, 2014 at 9:30 a.m., the undersigned will appear before the Honorable Judge Donald R. Cassling at the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Room 619, Chicago, Illinois and will then and there present the attached **MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY OF DISCHARGE OF DEBTOR**, at which time you may appear if you so choose.

BY:  **S/PAUL M. BACH, OF COUNSEL**
**SULAIMAN LAW GROUP, LTD.**
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6609530

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 13 B 39862 |
| WAYNE L. KENEIPP and, ) | |
| MARY MARGARET KENEIPP, ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |
| ) | Honorable Judge Donald R. Cassling |
| ) | |

## MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY
## OF DISCHARGE OF DEBTOR

NOW COMES the Reorganized Debtors, WAYNE L. KENEIPP and MARY MARGARET KENEIPP, by their attorneys, PAUL M. BACH and PENELOPE N. BACH, of Sulaiman Law Group, Ltd., and ask this Honorable Court to enter a Final Decree including entry of a Discharge Order as to the Debtors, Wayne L. Keneipp and Mary Margaret Keneipp, as well as closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement. In support thereof, the Reorganized Debtor states as follows:

1. On October 10, 2013, the Debtors filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On October 7, 2014, this Court held a hearing and entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code as payment has been sent to all creditors in full as required under Class One of the Confirmed Plan. Class One of the Debtor's Confirmed Plan is the only class requiring payment prior to Discharge. Class One consisted of unsecured non priority claims. Payment has been sent to each of these creditors in full.

4. Debtor requests entry of a Discharge in this Chapter 11 case.

5. After entry of the Discharge, Debtor requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the Reorganized Debtors, WAYNE L. KENEIPP and MARY MARGARET KENEIPP, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

Respectively Submitted,
WAYNE L. KENEIPP and MARY MARGARET KENEIPP

By: /s/ Paul M. Bach

Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181