UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-39862 |
| WAYNE L. KENEIPP and MARY MARGARET KENEIPP | ) ) ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) ) | |
| Debtor(s) | ) | |

**FINAL DECREE INCLUDING ISSUANCE OF DISCHARGE OF CHAPTER 11 DEBTORS**

This matter coming to be heard upon the motion of WAYNE L. KENEIPP and MARY MARGARET KENEIPP the Reorganized Debtor, for entry of a Final Decree; proper notice having been provided; no creditor or party in interest having objected to the entry of a Final Decree including the issuance of a Discharge to the Chapter 11 Debtors; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. The Clerk of the Bankruptcy Court prior to closing this Chapter 11 case shall enter a Discharge to the Chapter 11 Debtor in this case, WAYNE L. KENEIPP and MARY MARGARET KENEIPP the Chapter 11 Plan having been completed.

2. Subject to the provisions of this Final Decree and the Plan confirmed by this Court on October 7, 2014 this Chapter 11 case is closed, and

2. This Court expressly reserves jurisdiction for all matters pending before this Court, entering a final discharge, all fee petitions, those matters enumerated in Article VI of the Plan and such other matters as this Court deems appropriate.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 16, 2014

**Prepared by:**

Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181