B18RIJ (Form 18RIJ) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–39862**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Wayne L Keneipp
13734 Hunt Club Lane
Plainfield, IL 60544

Mary Margaret Keneipp
aka Peg Keneipp, aka Peggy Keneipp
13734 Hunt Club Lane
Plainfield, IL 60544

Social Security / Individual Taxpayer ID No.:
xxx–xx–2739                               xxx–xx–9383

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS IN A CHAPTER 11 CASE

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: December 17, 2014

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18RI (12/09)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 11 CASE

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor have completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact the debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, the debtor may voluntarily pay any debt that has been discharged.

### Debts that are Discharged and Debts that are Not Discharged

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are not discharged are:

   a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

   b. Debts that are domestic support obligations;

   c. Debts for most student loans;

   d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

   e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

   f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

   g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

   h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

United States Bankruptcy Court
Northern District of Illinois

In re:
Wayne L Keneipp
Mary Margaret Keneipp
    Debtors

Case No. 13-39862-DRC
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dgomez     Page 1 of 2     Date Rcvd: Dec 17, 2014
                   Form ID: b18rij     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2014.

```
db/jdb         +Wayne L Keneipp,    Mary Margaret Keneipp,    13734 Hunt Club Lane,    Plainfield, IL 60544-4203
aty            +Ahamad T. Sulaiman,    Sulaiman Law Group, Ltd.,    900 Jorie Boulevard,    Suite 150,
                 Oak Brook, IL 60523-3810
21090985       +Chapman and Cutler,    111 West Monroe Street,    Chicago, IL 60603-4080
21090986       +Citizens Financial Bank,,    C/O Bryan E. Jacobson/Chapman and Cutler,
                 111 West Monroe Street, 16th Floor,    Chicago IL 60603-4096
21090987        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21090988       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21115501      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  FORD MOTOR CREDIT COMPANY LLC,    DRAWER 55-953,    P.O. BOX 55000,
                 DETROIT, MI 48255-0953)
21090989       +Ford Motor Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
21090991      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court:  Illinois Department of Revenue,    PO Box 19035,
                 Springfield, IL 62794)
21090990        Illinois Department of Revenue,    Po Box 64338,    Chicago, IL 60664-0338
21090993       +Mark Hoffman, MD,    1725 W Harrison St Suite 264,    Chicago, IL 60612-3844
21090994       +Meijer,    2929 Walker Avenue NW,    Grand Rapids, MI 49544-9428
21402240       +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
21090996       +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
21090997       +PNC Mortgage,    3232 Newmark Dr., Bldg. 8,    Miamisburg, OH 45342-5433
21090995       +Pierce & Associates,    1 North Dearborn,    Ste 1300,    Chicago, IL 60602-4373
21090998       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21285784         E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2014 00:51:24      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
21090992         E-mail/Text: cio.bncmail@irs.gov Dec 18 2014 00:48:24      Internal Revenue Service,
                 Po Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2014                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2014 at the address(es) listed below:

      Bryan Jacobson    on behalf of Creditor    Citizens Financial Bank bjacob@chapman.com
      Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
      Jennifer Majewski    on behalf of Creditor    Citizens Financial Bank majewski@chapman.com
      Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY shermlawl@aol.com
      Mohammed O Badwan    on behalf of Debtor Wayne L Keneipp mbadwan@sulaimanlaw.com,
     mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
      Mohammed O Badwan    on behalf of Joint Debtor Mary Margaret Keneipp mbadwan@sulaimanlaw.com,
     mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Dec 17, 2014
                              Form ID: b18rij           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Nisha B Parikh  on behalf of Creditor  PNC Bank, National Association nparikh@fal-illinois.com,
     bankruptcy@fal-illinois.com
    Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
    Paul M Bach  on behalf of Joint Debtor Mary Margaret Keneipp ecfbach@gmail.com,
     ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
     badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
    Paul M Bach  on behalf of Debtor Wayne L Keneipp ecfbach@gmail.com,
     ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com;Paul@BachOffices.com;m
     badwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
    Penelope N Bach  on behalf of Debtor Wayne L Keneipp pnbach@sulaimanlaw.com,
     ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
     wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
    Penelope N Bach  on behalf of Joint Debtor Mary Margaret Keneipp pnbach@sulaimanlaw.com,
     ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
     wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com
    Toni  Dillon  on behalf of Creditor  PNC Bank, National Association tdillon@atty-pierce.com,
     northerndistrict@atty-pierce.com
    Toni  Dillon  on behalf of Creditor  PNC Bank, N.A. tdillon@atty-pierce.com,
     northerndistrict@atty-pierce.com
                                       TOTAL: 14